# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161527

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER JOHN DRUMB,
      Defendant-Appellant.

SC: 161527
COA: 344616
Macomb CC: 2017-001354-FH;
2017-001895-FC

_____/

On order of the Court, the application for leave to appeal the May 7, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

p1118